IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHOPIFY INC. AND SHOPIFY (USA), INC.,<br><br>                  Plaintiffs and<br>                  Counterclaim Defendants,<br><br>    v.<br><br>EXPRESS MOBILE, INC.,<br><br>                  Defendant and<br>                  Counterclaim Plaintiff. | Case No. 19-439-RGA |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiffs Shopify Inc. and Shopify (USA), Inc. and Defendant Express Mobile, Inc. and subject to the approval of the Court, that the following dates in the Court's Scheduling Order are extended as follows:

| Description | Current Date | Proposed Extension Date |
|---|---|---|
| Rebuttal Expert Reports | 10/2/2020 | 10/7/2020 |
| Reply Expert Reports | 10/21/2020 | 10/27/2020 |
| Close of Expert Discovery | 11/6/2020 | 11/11/2020 |
| Deadline for Dispositive Motions | 11/18/2020 | 11/18/2020 (Unchanged) |

ME1 34313513v.1

Dated: September 23, 2020

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MCCARTER & ENGLISH, LLP |
| */s/ Timothy Devlin* | */s/ Alexandra M. Joyce* |
| Timothy Devlin (No. 4241) | Daniel M. Silver (#4758) |
| tdevlin@devlinlawfirm.com | Alexandra M. Joyce (#6423) |
| Robert Kiddie (*pro hac vice*) | Renaissance Centre |
| Texas Bar No. 24060092 | 405 N. King St., 8th Fl. |
| rkiddie@devlinlawfirm.com | Wilmington, DE 19801 |
| 1526 Gilpin Avenue | Tel: (302) 984-6331 |
| Wilmington, Delaware 19806 | dsilver@mccarter.com |
| Telephone: (302) 449-9010 | ajoyce@mccarter.com |
| Facsimile: (302) 353-4251 | |
| | |
| James R. Nuttal1 (*pro hac vice*) | Adam R. Brausa |
| Michael Dockterman (*pro hac vice*) | Timothy C. Saulsbury |
| Robert F. Kappers (pro hac vice) | Vera Ranieri |
| Tron Fu (pro hac vice) | Whitney R. O'Byrne |
| STEPTOE & JOHNSON LLP | DURIE TANGRI LLP |
| 227 West Monroe Street, Suite 4700 | 217 Leidesdorff Street |
| Chicago, IL 60606 | San Francisco, CA 94111 |
| (312) 577-1300 | Tel: (415) 362-6666 |
| jnuttall@steptoe.com | abrausa@durietangri.com |
| mdockterman@steptoe.com | tsaulsbury@durietangri.com |
| rkappers@steptoe.com | vranieri@durietangri.com |
| tfu@steptoe.com | wobyrne@durietangri.com |
| | |
| *Attorneys for Defendant and Counterclaim Plaintiff Express Mobile, Inc.* | *Attorneys for Plaintiffs and Counterclaim Defendants Shopify Inc. and Shopify (USA), Inc.* |

    IT IS HEREBY ORDERED this ____ day of _____, 2020.

 

_____
U.S. DISTRICT COURT JUDGE