## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHOPIFY INC. AND SHOPIFY (USA), INC., ) <br> ) <br>     Plaintiffs/Counterclaim Defendants, ) <br> ) <br> v. ) <br> ) <br> EXPRESS MOBILE, INC., ) <br> ) <br>     Defendant/Counterclaim Plaintiff. ) | Civil Action No. 1:19-cv-00439-RGA <br><br> Honorable Richard G. Andrews |

**EXPRESS MOBILE, INC.'S MOTION FOR SUMMARY JUDGMENT OF
NO INVALIDITY UNDER 35 U.S.C. §§ 101, 102, AND 112; AND MOTION TO
EXCLUDE CERTAIN TESTIMONY OF SHOPIFY'S DAMAGES EXPERT,
W. CHRISTOPHER BAKEWELL AND TECHNICAL EXPERTS,
<u>CHRISTOPHER SCHMANDT AND ALLEN WIRFS-BROCK</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Express Mobile, Inc. moves for summary judgment of no invalidity pursuant to 35 U.S.C. §§ 101 and 102, and 112. Pursuant to Federal Rule of Evidence 702 and under the standards set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Plaintiff Express Mobile, Inc. respectfully moves and requests that the Court exclude certain testimony of Plaintiffs/Counterclaim Defendants Shopify Inc. and Shopify (USA), Inc.'s Damages Expert, W. Christopher Bakewell And Technical Experts, Christopher Schmandt And Allen Wirfs-Brock.

The grounds for these motions are set forth in the memorandum filed concurrently herewith.

Dated: November 25, 2020

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
tdevlin@devlinlawfirm.com
Robert Kiddie (admitted *pro hac vice*)
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, Delaware 19806

1

        Telephone: (302) 449-9010
        Facsimile: (302) 353-4251

        James R. Nuttall (admitted *pro hac vice*)
        Michael Dockterman (admitted *pro hac vice*)
        Robert F. Kappers admitted (*pro hac vice*)
        Tron Fu (admitted *pro hac vice*)
        Katherine H. Johnson (admitted *pro hac vice*)
        jnuttall@steptoe.com
        mdocketerman@steptoe.com
        rkappers@steptoe.com
        tfu@steptoe.com
        kjohnson@steptoe.com
        STEPTOE & JOHNSON LLP
        227 West Monroe, Suite 4700
        Chicago, IL 60606
        (312) 577-1300

        Christopher A. Suarez (admitted *pro hac vice*)
        csuarez@steptoe.com
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        (202) 429-8131

        *Attorneys for Defendant/Counterclaim Plaintiff Express Mobile, Inc.*