# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHOPIFY INC. AND SHOPIFY (USA), INC.,<br><br>        Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>EXPRESS MOBILE, INC.,<br><br>        Defendant and Counterclaim Plaintiff. | Case No. 19-439-RGA |

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR PRETRIAL EXCHANGES

Plaintiffs / Counterclaim Defendants Shopify Inc., and Shopify (USA), Inc. ("Shopify")

and Defendant / Counterclaim Plaintiff Express Mobile, Inc. ("Express Mobile") hereby

stipulate, subject to the approval of the Court, to the following schedule for Pretrial Exchanges:

| Date | Express Mobile Deadline | Shopify Deadline |
|---|---|---|
| October 27, 2021 | Exchange Witness Lists and Exhibit Lists (in excel) | |
| October 29, 2021 | Exchange proposed *MIL* topics | |
| November 3, 2021 | Meet and confer re *MIL* topics | |
| November 5, 2021 | Serve initial draft of Pretrial Order (L.R. 16.3(d)(1)) | N/A |
| November 5, 2021 | Serve Opening *MIL*s (D.I. 9) | |
| November 9, 2021 | Exchange Objections to Witness Lists and Exhibit Lists and exhibits themselves (including native exhibits) | |
| November 12, 2021 | Serve *MIL* Oppositions (D.I. 9) | |
| November 16, | Serve draft Voir Dire, Preliminary | N/A |

1

| Date | Express Mobile Deadline | Shopify Deadline |
|---|---|---|
| 2021 | Jury Instructions, Final Jury Instructions, and Special Verdict Forms | |
| November 19, 2021 | Serve *MIL* Replies (D.I. 9) ||
| November 23, 2021 | N/A | Responsive / redline draft of Pretrial Order (L.R. 16.3(d)(2) |
| December 3, 2021 | N/A | Redline edits of draft Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms |
| December 6, 2021 | Meet and confer on draft Pretrial Order ||
| December 8, 2021 | Meet and confer on Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms (L.R. 16(d)(3)) ||
| December 10, 2021 | File Joint Proposed Pretrial Order (L.R. 16(d)(4)) | N/A |
| December 14, 2021 (by 5 PM) | File Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms (submit word copies simultaneously to rga_civil@ded.uscourts.gov) ||
| December 17, 2021 (8:30 AM) | Final Pretrial Conference ||
| January 10, 2022 (9:30 AM) | Trial Begins ||

With respect to deposition designations, the parties agree to exchange affirmative deposition designations 6 days before their planned use at trial. The parties will exchange counter-designations and objections on affirmative designations two days later (4 days before planned use). The parties will exchange reply designations and objections on counter-designations one day later (3 days before planned use). The parties will exchange objections on reply designations the following day (2 days before planned use). The parties will meet and confer regarding any objections the following day (1 days before planned use). The parties will raise any outstanding objections with the Court the following morning (day of planned use).

| | |
|---|---|
| Dated:  October 12, 2021 | Respectfully Submitted |
| DEVLIN LAW FIRM LLC | MCCARTER & ENGLISH, LLP |
| /s/ *Timothy Devlin* | /s/ *Daniel M. Silver* |
| Timothy Devlin (#4241)<br>Robert Kiddie (*pro hac vice*)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>tdevlin@devlinlawfirm.com<br>rkiddie@devlinlawfirm.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King St., 8th Fl.<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| James R. Nuttall (*pro hac vice*)<br>Michael Dockterman (*pro hac vice*)<br>Robert F. Kappers (*pro hac vice*)<br>Tron Fu (*pro hac vice*)<br>Katherine H. Johnson (*pro hac vice*)<br>STEPTOE & JOHNSON LLP<br>115 South LaSalle Street, Suite 3100<br>Chicago, IL 60603<br>jnuttall@steptoe.com<br>mdockterman@steptoe.com<br>rkappers@steptoe.com<br>tfu@steptoe.com<br>kjohnson@steptoe.com | OF COUNSEL:<br>Adam R. Brausa<br>Timothy C. Saulsbury<br>Vera Ranieri<br>Raghav R. Krishnapriyan<br>Eric C. Wiener<br>Whitney R. O'Byrne<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Tel: (415) 362-6666<br>abrausa@durietangri.com<br>tsaulsbury@durietangri.com<br>vranieri@durietangri.com<br>rkrishnapriyan@durietangri.com<br>ewiener@durietangri.com<br>wobyrne@durietangri.com |
| Christopher Suarez (*pro hac vice*)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, DC  20036<br>csuarez@steptoe.com | |
| *Attorneys for Defendant and*<br>*Counterclaim Plaintiff*<br>*Express Mobile, Inc.* | *Attorneys for Plaintiffs*<br>*and Counterclaim Defendants*<br>*Shopify Inc. and Shopify (USA), Inc.* |

IT IS SO ORDERED this \_\_\_\_ day of _____, 2021

                                                   UNITED STATES DISTRICT JUDGE