IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHOPIFY, INC., et al.,

        Plaintiffs,

v.

EXPRESS MOBILE, INC.,

        Defendant.

Civil Action No. 19-439-RGA

**ORDER**

For the reasons stated at the pretrial conference, and in the manner stated therein, the pending motions in limine are resolved except as indicated.

PMIL #1 (D.I. 313): Resolved as stated at D.I. 342, pp. 57-66, with the reservation that Shopify can bring up the question of the extent of cross-examination of Mr. Bratic when his direct examination is concluded. *Id.* at 66.

PMIL #2 (D.I. 315): Resolved as stated at D.I. 342, pp. 66-77, supplemented as follows. Mr. Rempell cannot be cross-examined about his $6,000 valuation unless he opens the door. Mr. Bratic cannot be cross-examined about Mr. Rempell's $6,000 valuation unless Mr. Bratic opens the door. Door opening must be determined outside the presence of the jury.

PMIL #3 (D.I. 316): Resolved as stated at D.I. 342, pp. 77-89.

DMIL #1 (D.I. 318): Unresolved as stated at D.I. 342, pp. 111-27. Additional submissions were requested.

DMIL #2 (D.I. 320): Resolved as stated at D.I. 342, pp. 89-102.

DMIL #3 (D.I. 322): Resolved as stated at D.I. 342, pp. 102-11. The Court expects counsel to follow up as discussed at *id.* at 109-10.

The parties are requested to promptly advise when the revised pretrial order and other submissions will happen.

IT IS SO ORDERED this 3rd day of January 2022.

_____
United States District Judge