# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHOPIFY INC. AND SHOPIFY (USA), INC.,<br><br>          Plaintiffs and Counterclaim Defendants,<br><br>   v.<br><br>EXPRESS MOBILE, INC.,<br><br>          Defendant and Counterclaim Plaintiff. | Case No. 19-439-RGA |

**STIPULATION AND [PROPOSED] ORDER REGARDING PROFFERS OF TESTIMONY OF MICHAEL ARNER AND CAMERON BATEMAN**

WHEREAS, this Court held a pretrial status conference on January 28, 2022 (the "Status Conference");

WHEREAS, in accordance with the Court's direction at the Status Conference, supplemental depositions of prior artists Michael Arner and Cameron Bateman were taken on March 22, 2022 and March 30, 2022, respectively; and

WHEREAS, in accordance with the Court's direction at the Status Conference, the parties have conferred and agreed upon a schedule for submission of proffers of factual testimony of Dr. Arner and Mr. Bateman, and objections and replies thereto;

IT IS HEREBY STIPULATED and AGREED by the undersigned counsel for Plaintiffs Shopify Inc. and Shopify (USA), Inc. (collectively, "Shopify") and Defendant Express Mobile, Inc. ("Express Mobile"), and subject to the approval of the Court, that the following dates will govern Dr. Arner and Mr. Bateman's proffers:

| Event | Deadline |
|---|---|
| Shopify shall file the proffers of testimony for Dr. Arner and Mr. Bateman | April 29, 2022 |
| Express Mobile shall file its objections to the proffers of testimony for Dr. Arner and Mr. Bateman | May 20, 2022 |
| Shopify shall file their replies to the proffers of testimony for Dr. Arner and Mr. Bateman | June 3, 2022 |

Dated: April 21, 2022

DEVLIN LAW FIRM LLC                     MCCARTER & ENGLISH, LLP


*/s/ Timothy Devlin*                          */s/ Alexandra M. Joyce*
Timothy Devlin (No. 4241)                Daniel M. Silver (#4758)
tdevlin@devlinlawfirm.com                Alexandra M. Joyce (#6423)
Robert Kiddie (*pro hac vice*)           Renaissance Centre
Texas Bar No. 24060092                   405 N. King St., 8th Fl.
rkiddie@devlinlawfirm.com                Wilmington, DE 19801
1526 Gilpin Avenue                       Tel: (302) 984-6331
Wilmington, Delaware 19806               dsilver@mccarter.com
Telephone: (302) 449-9010                ajoyce@mccarter.com
Facsimile: (302) 353-4251

James R. Nuttal1 (*pro hac vice*)        Daralyn J. Durie
Michael Dockterman (*pro hac vice*)      Adam R. Brausa
John L. Abramic (*pro hac vice*)         Timothy C. Saulsbury
Katherine H. Johnson (*pro hac vice*)    Vera Ranieri
Robert F. Kappers (*pro hac vice*)       Whitney R. O'Byrne
Tron Fu (*pro hac vice*)                 DURIE TANGRI LLP
STEPTOE & JOHNSON LLP                    217 Leidesdorff Street
227 West Monroe Street, Suite 4700       San Francisco, CA 94111
Chicago, IL 60606                        Tel: (415) 362-6666
(312) 577-1300                           ddurie@durietangri.com
jnuttall@steptoe.com                     abrausa@durietangri.com
mdockterman@steptoe.com                  tsaulsbury@durietangri.com
jabramic@steptoe.com                     vranieri@durietangri.com
kjohnson@steptoe.com                     wobyrne@durietangri.com
rkappers@steptoe.com
tfu@steptoe.com                          *Attorneys for Plaintiffs and Counterclaim Defendants Shopify Inc. and Shopify (USA), Inc.*

ME1 40284614v.1

Christopher A. Suarez (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8131
csuarez@steptoe.com

*Attorneys for Defendant and Counterclaim Plaintiff Express Mobile, Inc.*

IT IS HEREBY ORDERED this  21  day of _____April_____, 2022.

/s/ Richard G. Andrews
U.S. DISTRICT COURT JUDGE